**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 263 WAL 2022

           Respondent               :

                                 :    Petition for Allowance of Appeal

                                 :    from the Order of the Superior Court

           v.                       :

                                 :

MARK DARREN SHAFFER,            :

                                 :

           Petitioner                :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 5th day of April, 2023, the Petition for Allowance of Appeal is **DENIED**.